# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
COLORADO RIVER INDIAN TRIBES,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-901L

Senior Judge Smith

Filed: March 5, 2007

**ORDER**

The Court hereby GRANTS Defendant's Unopposed Motion for Extension of Time. Defendant's answer or response to Plaintiff's complaint shall be filed and served on or before April 27, 2007.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE