IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00901L |
| | ) | Senior Judge Loren A. Smith |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME TO FILE UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT, AND [PROPOSED] ORDER**

Defendant respectfully makes this unopposed motion for leave to file out of time Defendant's unopposed motion for extension of time, pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, to and including September 4, 2007, within which to file its Answer or otherwise respond to the Complaint herein. The grounds for this motion are as follows:

1. Under the Court's Order dated March 5, 2007, Defendant was obligated to file its Answer or otherwise respond to the Complaint in this case by April 27, 2007. As further explained in Defendant's unopposed motion for extension of time within which to file its answer or otherwise respond to the Complaint, based on the progress that the parties were making in their discussions and processes, Defendant's counsel saw the possibility that the parties would agree upon an unopposed request by Defendant for additional time to respond to the Complaint, so that the parties could continue or complete their discussions and processes. Defendant's counsel inadvertently missed the April 27, 2007 filing deadline, however, because Defendant's counsel mistakenly believed that the Answer was due the same day (May 4, 2007), as its Answer in the companion case in the District Court, Colorado River Indian Tribes, No. 06-cv-02212-JR.

2. Also, Defendant's counsel have been and continue to be preoccupied with the handling of other Tribal trust accounting and trust mismanagement cases, including but not limited to Ak-Chin Indian Community v. United States, No. 06cv02245-JR (D.D.C.); Osage Nation of Oklahoma v. United States, No. 99-cv-00550-ECH and No. 00-cv-169-ECH (Fed. Cl.) (consolidated cases); Passamaquoddy Tribe of Maine v. United States, No. 06cv02240-JR (D.D.C.); Salt River Pima-Maricopa Indian Community v. United States, No. 06cv02241-JR (D.D.C.); Swinomish Indian Tribal Community v. United States, No. 06-cv-00899-FMA (Fed. Cl.); and Tohono O'odham Nation v. United States, No. 06cv02236-JR (D.D.C.). Defendant's counsel regret any inconvenience to the Court and to Plaintiff as a result of their inadvertent errors.

3. Defendant's counsel conferred with Plaintiff's counsel, Stephen J. McHugh, on May 4, 2007, about this motion. Mr. McHugh authorized undersigned counsel in writing on May 4, 2007, to state that Plaintiff does not oppose the granting of the motion.

4. The granting of this unopposed motion would not cause any undue prejudice or harm to the rights and interests of the parties herein.

WHEREFORE, Defendant requests that its unopposed motion be GRANTED.

Respectfully submitted this 4th day of May, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Martin J. LaLonde*
MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

KENNETH DALTON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

RACHEL HOWARD
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227