IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00901L |
| | ) | Senior Judge Loren A. Smith |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's unopposed motion for leave to file out of time Defendant's unopposed motion for extension of time within which to file its Answer or otherwise respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is, on this ______ day of ____________, 2007, ORDERED that

1. Defendant's unopposed motion should be and hereby is GRANTED; and

2. Defendant unopposed motion for extension of time within which to file its Answer or otherwise respond to the Complaint is accepted for filing.

SO ORDERED.

______________________________

HON. LOREN A. SMITH
United States Court of Federal Claims