# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
COLORADO RIVER INDIAN TRIBES,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-901L

Senior Judge Smith

Filed: May 8, 2007

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Leave to File Out of Time Defendant's Unopposed Motion for Extension of Time to File its Answer or Otherwise Respond the Complaint. The Court further **GRANTS** Defendant's Unopposed Motion for Extension of Time to File its Answer or Otherwise Respond to Plaintiff's Complaint. Defendant's Answer or other response to Plaintiff's Complaint shall be filed and served on or before September 4, 2007.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE