IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-cv-901 L |
| | ) | Senior Judge Loren A. Smith |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's Unopposed Motion for Enlargement of Time Within Which to File its Answer or Otherwise Respond to the Complaint. Upon consideration of the unopposed motion and for good cause shown, it is hereby ORDERED that

1. Defendant's unopposed motion should be and hereby is GRANTED; and

2. Defendant shall have to and including March 3, 2008, to file its Answer or otherwise respond to the Complaint.

SO ORDERED.

______________________________

HON. LOREN A. SMITH
Judge, United States Court of Federal Claims