**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-cv-901 L |
| | ) | |
| UNITED STATES, | ) | Senior Judge Loren A. Smith |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**[PROPOSED] ORDER**

**THIS MATTER** is before the Court on the Joint Motion for Enlargement of Time to File JPSR, and Proposed Order, filed May 5, 2008 (Dkt. __). Upon consideration of the joint motion, and for good cause shown, it is ORDERED that:

1. The joint motion should be and hereby is GRANTED; and

2. The parties shall have to and including May 19, 2008 to file their Joint Preliminary Status Report.

______________________________
HON. LOREN A. SMITH
UNITED STATES COURT OF FEDERAL CLAIMS