# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * * * * * * * * *

COLORADO RIVER INDIAN TRIBES,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

• * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-901L

Senior Judge Smith

Filed: May 7, 2008

**ORDER**

The Court hereby **GRANTS** the Joint Motion for an Enlargement of Time to File the JPSR. The JPSR shall be filed on or before May 19, 2008.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE