**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-cv-901 L |
| | ) | |
| UNITED STATES, | ) | Senior Judge Loren A. Smith |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR ENLARGEMENT OF**
**TIME TO FILE JPSR, AND [PROPOSED] ORDER**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, Plaintiff Colorado River Indian Tribes ("CRIT") and Defendant United States respectfully submit this joint motion for enlargement of time within which to file the parties' Joint Preliminary Status Report ("JPSR"). The parties request jointly that the Court extend the filing deadline for the JPSR up to and including June 3, 2008. The grounds in support of this joint motion are as follows:

1. CRIT filed this case on December 27, 2006. See Complaint, filed Dec. 27, 2006 (Dkt. 1). On February 21, 2008, before the United States had filed its Answer in this case, CRIT filed an Amended Complaint. See First Amended Complaint, filed Feb. 21, 2008 (Dkt. 17).

2. On March 11, 2008, the United States filed its Answer in response to CRIT's First Amended Complaint. See Answer, filed March 11, 2008 (Dkt. 18).

3. On May 7, 2008, the Court granted the parties' May 5, 2008 Joint Motion for Enlargement of Time to File the JPSR and ordered the parties to file a JPSR by May 19, 2008. (Dkt. 20).

4. On May 22, 2008, the Court granted the parties' May 19, 2008 Joint Motion for Enlargement of Time to File the JPSR and ordered the parties to file a JPSR by May 27, 2008. (Dkt.

22).

5. Since filing their Joint Motion for Enlargement of Time to File the JPSR on May 19, 2008, the parties have engaged in discussions regarding the JPSR and have exchanged proposed drafts of the JPSR. To accommodate the schedules of counsel for both CRIT and the United States, and because drafting the comprehensive JPSR involves review and coordination between numerous Tribal and Agency personnel, the parties need additional time to prepare the report. Accordingly, the parties request jointly that the Court extend the filing deadline for the JPSR up to and including June 3, 2008.

WHEREFORE, the parties jointly request the Court grant their motion and extend the deadline for filing the JPSR to June 3, 2008.

Respectfully submitted this 27th day of May, 2008,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: _s/ *Matthew M. Marinelli*_
MATTHEW M. MARINELLI
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0293 / Fax: (202) 353-0506

ANTHONY P. HOANG
MARK S. BARRON
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663

Washington, D.C. 20044-0663
Tel: (202) 305-0241 / Fax: (202) 353-2021

*Attorneys for the United States*

By: HOLLAND & KNIGHT LLP

*s/ Steven D. Gordon*
*by Matthew M. Marinelli, pursuant to*
*written authorization on May 27, 2008*
STEVEN D. GORDON
Holland & Knight L.L.P.
2099 Pennsylvania Ave. NW, Suite 100
Washington, D.C. 20006
202-955-3000 (phone)
202-955-5564 (fax)

STEPHEN J. McHUGH
LYNN E. CALKINS
Stephen J. McHugh
Holland & Knight L.L.P.
2099 Pennsylvania Ave. NW, Suite 100
Washington, D.C. 20006
202-955-3000 (phone)
202-955-5564 (fax)

*Attorneys for Colorado River Indian Tribes*