# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * * * * * * * * *

COLORADO RIVER INDIAN TRIBES,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

• * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 06-901L

Senior Judge Smith

Filed: July 1, 2008

**ORDER**

The Court **SCHEDULES** a telephone status conference for Thursday, July 17, 2008 at 3:00 p.m E.D.T.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE