# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
COLORADO RIVER INDIAN TRIBES,             *
                                          *
        Plaintiff,                        *
                                          *     Case No. 06-901L
v.                                        *
                                          *     Senior Judge Smith
THE UNITED STATES,                        *
                                          *     Filed: July 16, 2008
        Defendant.                        *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

**ORDER**

      The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for Thursday, July 17, 2008 to Friday, July 25, 2008 at 3:00 pm.

      It is so ORDERED.

                                         s/ Loren A. Smith  
                                         LOREN A. SMITH,  
                                         SENIOR JUDGE