# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
COLORADO RIVER INDIAN TRIBES, *

*Plaintiff,* *

v. * Case No. 06-901L

THE UNITED STATES, * Senior Judge Smith

*Defendant.* * Filed: July 16, 2008

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for Thursday, July 17, 2008 to Friday, July 25, 2008 at 3:00 pm.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE