# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | • | |
| *Plaintiff,* | • | Case No. 06-901L |
| v. | • | Senior Judge Smith |
| THE UNITED STATES, | • | Filed: July 28, 2008 |
| *Defendant.* | • | |

• * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on July 25, 2008, the above captioned case is hereby **STAYED** until December 5, 2008. The Court hereby **SCHEDULES** a telephone status conference for Friday, December 5, 2008, at 3:00 p.m.

It is so **ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE