## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-901 L |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Senior Judge Loren A. Smith |
| | ) | |
| Defendant. | ) | |

## PARTIES' JOINT STIPULATION REGARDING CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS

WHEREAS Plaintiff Colorado River Indian Tribes has filed this case against Defendant United States of America;

WHEREAS Plaintiff and the United States (hereinafter "the parties") desire to enter into discussions that may result in a settlement of Plaintiff's claims at issue in this case, without the need for protracted litigation;

WHEREAS the parties agree that they will conduct settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties agree that they will mark clearly the written communications relating to their settlement discussions with the label or endorsement "Confidential Settlement Discussions—Do Not Disclose"; and

WHEREAS the parties agree that their ability to resolve or advance the resolution of Plaintiff's claims at issue in this case, in an efficient and resource-conserving manner and without the need for protracted litigation, will be diminished significantly if the parties cannot

rely on the expectation that the settlement discussions will be kept confidential,

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. For the purposes of this Joint Stipulation and Order, the term "settlement communications" means any communications made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents, or consultants; or the United States' attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settling this case, regardless whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include, but are not limited to, those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, or any other documents, and any part thereof.

2. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including, but not limited to, requests submitted to the United States Department of the Interior, the United States Department of the Treasury, and the United States Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

3. Until further order of this Court, this Joint Stipulation and Order shall remain in full force and effect, including after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted on this 30th day of March, 2009,

| | |
|---|---|
| HOLLAND & KNIGHT LLP | JOHN C. CRUDEN<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Environment & Natural Resources Division |
| */s/ Stephen J. McHugh, by /s/ Matthew M. Marinelli pursuant to written authorization on March 27, 2009* | |
| | */s/ Matthew M. Marinelli* |
| STEVEN D. GORDON<br>Holland & Knight L.L.P.<br>2099 Pennsylvania Ave. NW, Suite 100<br>Washington, D.C. 20006<br>202-955-3000 (phone)<br>202-955-5564 (fax) | MATTHEW MARINELLI, IL Bar #6277967<br>ANTHONY P. HOANG, FL Bar # 798193<br>MARK S. BARRON, NM Bar # 24045<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, D.C. 20044-0663<br>Tel: (202) 305-0293<br>Tel: (202) 305-0241<br>Tel: (202) 305-0490<br>Tel: (202) 305-2021 |
| STEPHEN J. McHUGH<br>LYNN E. CALKINS<br>Holland & Knight L.L.P.<br>2099 Pennsylvania Ave. NW, Suite 100<br>Washington, D.C. 20006<br>202-955-3000 (phone)<br>202-955-5564 (fax) | |
| | *Attorneys for the United States* |
| Of Counsel:<br>ERIC N. SHEPARD<br>Attorney General<br>Colorado River Indian Tribes<br>Rt. 1 Box 23-B Parker, AZ 85344 - 9704<br>or Second Avenue Mohave Road<br>or 26600 Mohave Road<br>Parker, AZ 85344-9704 | Of Counsel:<br>KENNETH DALTON<br>JASON HARTZ<br>Office of the Solicitor<br>United States Department of the Interior<br>Washington, D.C. 20240<br><br>REBECCA SALTIEL<br>THOMAS KEARNS<br>Office of the Chief Counsel<br>Financial Management Service<br>United States Department of the Treasury<br>Washington, D.C. 20227 |
| *Attorneys for Colorado River Indian Tribes* | |