# In The United States Court of Federal Claims

No. 06-901L

(Filed: November 4, 2013)

_____

COLORADO RIVER INDIAN TRIBES,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Thursday, November 7, 2013, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time. The parties shall be prepared to discuss whether this case still presents a jurisdictional question under 28 U.S.C. § 1500.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge