# In The United States Court of Federal Claims

No. 06-901L

(Filed: November 7, 2013)

_____

COLORADO RIVER INDIAN TRIBES,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Today, a telephonic status conference was held in this case. Participating in the conference were Stephen Gordon, for plaintiff, and Matthew Marinelli, for defendant. Pursuant to the discussion, the stay in this case is hereby extended until further order. The parties shall file a joint status report indicating the status of settlement discussions on or before February 6, 2014, and every 91 days thereafter.

    **IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge