IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLORADO RIVER INDIAN TRIBES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-901 L |
| | ) | Judge Marian Blank Horn |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of July 23, 2015 (ECF No. 87), Plaintiff Colorado River Indian Tribes ("CRIT") and the United States (collectively "the parties") respectfully submit the following joint report regarding the status of their settlement discussions, since their last joint report on November 4, 2015 (ECF No. 96). Also pursuant to the Court's order, the parties provide the following joint report regarding the status of the discovery process and any other relevant matters in this case.

A.      SETTLEMENT DISCUSSIONS

    1.      As previously reported, on October 27, 2015, the parties' counsel discussed CRIT's request for non-monetary settlement measures that CRIT requested as part of any global settlement of CRIT's claims in this case and in CRIT's companion case in the United States District Court for the District of Columbia, *Colorado River Indian Tribes v. Jewell*, No. 06-cv-02212-TFH. Attorneys from the Solicitor's Office for the Interior Department participated in the conference call with the parties' counsel.

    2.      As previously reported, on November 2, 2015, CRIT's counsel and attorneys from the Solicitor's Office for the Interior Department participated in a follow-up call regarding

CRIT's request for non-monetary settlement measures. The parties' counsel agreed to certain follow-up tasks.

3. On November 24, 2015, the United States' counsel transmitted a letter to CRIT's counsel in response to one of CRIT's requests on the November 2 call.

4. On November 24, 2015, CRIT's counsel transmitted a letter to the United States' counsel providing additional information and documents relevant to the parties' ongoing discussions of non-monetary settlement measures.

B. DISCOVERY PROCESS

1. On August 5, 2015, CRIT served a set of requests for production of documents on the United States.

2. Between July 23, 2015 and the Parties' November 4, 2015 joint status report, the United States produced 6,557 documents (14,962 images) to CRIT. On November 23, 2015, the United States produced an additional 10,518 documents (42,069 images) in response to CRIT's production requests and well as a privilege log identifying 54 documents withheld as privileged by the United States.

3. On August 26, 2015, the United States served its first set of request for production of documents on CRIT.

4. On October 7, 2015, CRIT served its written responses to the United States' production requests.

5. CRIT expects to commence its production of documents to the United States in response to the United States' production requests by December 18, 2015.

6. On October 22, 2015, the Parties filed a Joint Motion for Protective Order Pursuant to Federal Rule of Evidence 502(d) in order to facilitate the parties' production of

documents in response to discovery requests while also protecting against the waiver of any privilege through inadvertent disclosure. ECF No. 95. The Parties are awaiting the Court's ruling on the Joint Motion.

Respectfully submitted on this 25th day of November, 2015,

By:   HOLLAND & KNIGHT LLP

*/s/ Steven D. Gordon* by */s/ Matthew M. Marinelli* pursuant to written authorization on November 24, 2015
STEVEN D. GORDON
Holland & Knight L.L.P.
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Tel: (202) 955-3000
Fax: (202) 955-5564

*Attorney for Plaintiff Colorado River Indian Tribes*

OF COUNSEL FOR PLAINTIFF:

STEPHEN J. MCHUGH
Trust Resources Law Firm, PC
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C. 20036

REBECCA LOUDBEAR
Attorney General
Colorado River Indian Tribes
Rt. 1 Box 23-B
Parker, AZ  85344-9704

JOHN CRUDEN
Assistant Attorney General

By:   */s/Matthew M. Marinelli*
MATTHEW M. MARINELLI, IL Bar #6277967
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0293


Fax: (202) 305-0506

*Attorney of Record for Defendant United States*

OF COUNSEL FOR THE UNITED STATES:

ANTHONY P. HOANG
STUART GILLESPIE
STEPHEN FINN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0241
Tel: (202) 305-0490
Tel: (202) 305-3284
Fax: (202) 305-0506

KENNETH DALTON
MICHAEL BIANCO
JOSHUA EDELSTEIN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

REBECCA SALTIEL
THOMAS KEARNS
Office of the Chief Counsel
Bureau of the Fiscal Service
United States Department of the Treasury
Washington, D.C. 20227