# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *    *
                                     *
COLORADO RIVER INDIAN TRIBES,        *
                                     *
            Plaintiff,               *
                                     *
                                     *
v.                                   *   No. 06-901L
                                     *   Filed: October 21, 2016
UNITED STATES,                       *
                                     *
            Defendant.               *
                                     *
* * * * * * * * * * * * * * * * *    *
```

# O R D E R

The court is in receipt of the parties' October 21, 2016 joint stipulation of dismissal with prejudice. The court commends the parties for working well together to resolve the above captioned case without the need for further litigation. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2016), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own fees and costs. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**